■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADAM BENNEFIELD, Appellant. (Appeal No. 2.) [761 NYS2d 909] —Appeal from a judgment of Supreme Court, Erie County (Rossetti, J.), entered November 17, 2000, convicting defendant upon his plea of guilty of escape in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Bennefield* (306 AD2d 911 [2003]). Present—Pigott, Jr., P.J., Green, Wisner, Burns and Gorski, JJ.